# CARTER REICH, PC
**116 Nassau Street, Suite 631**
**New York, New York 10038**
**(917) 615-0978**

**Carter A. Reich, Esq.**
*Admitted NY & NJ*
**creich@reich.legal**

August 8, 2019

*Via ECF and Facsimile*
Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      RE:    **Leifer v. JP Morgan Chase Bank, N.A.,** *et al.*
              **Case No. 18-CV-7477 (PGG)**

Dear Judge Gardephe,

    This office represents the Plaintiff in the above-referenced matter. I am writing pursuant to Your Honor's individual rules of practice to bring to the Court's attention that Plaintiff's motion for joinder and remand (Doc. Nos. 28-35), was fully submitted more than 90 days ago.

    Thank you for your attention to this matter.

                                                               Respectfully submitted,

                                                               s/ Carter A. Reich


cc:    Andrea Likwornik Weiss (via ECF)
        Walter E. Swearingen